Charles R. OTEC, III, et ux.,
Plaintiffs/Appellants,

v.

BURLINGTON NORTHERN RAILROAD,
et al., Defendants/Respondents.

No. 64605.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 3, 1995.

J. Richard McEachern, St. Louis, for appellants.

William A. Brasher, Timothy D. Richardson, St. Louis, for respondents.

Before GRIMM, C.J., and CARL R. GAERTNER and CRANE, JJ.

PER CURIAM.

Plaintiff-driver and his wife sued railroad for personal injuries sustained in a collision with a train at a railroad crossing. A jury found driver 100% negligent. Plaintiffs appeal.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).